UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 1:20-cr-79 |
|---|---|
| Plaintiff, | JUDGE |
| v. | INFORMATION |
| CHRISTINE MERRITT, | 18 U. S. C. § 1519 |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT 1**</u>
**(Destruction, Alteration, or Concealment of Records in a Federal Investigation)**

On or about December 20, 2018, in the Southern District of Ohio, the defendant, **CHRISTINE MERRITT**, did, in relation to and in contemplation of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, knowingly destroy, alter, and conceal a record with the intent to impede, obstruct, and influence the investigation and proper administration of such matter. Specifically, **MERRITT**, at the direction of a person under investigation for federal crimes, logged into that person's iCloud account and deleted and concealed certain image files with the intent to impede, obstruct, or influence the FBI's investigation into that person's production, distribution, and possession of child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(A).

**In violation of 18 U.S.C. § 1519.**

**DAVID M. DEVILLERS**
**UNITED STATES ATTORNEY**

_/s/ E. Taiwo_
**EBUNOLUWA TAIWO**
**ASSISTANT UNITED STATES ATTORNEY**